JESSICA M. TAKANO, #184079
jtakano@donahue.com
DIEA D. SCHUM, #332950
dschum@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612
Telephone:   (510) 451-3300
Facsimile:    (510) 451-1527

Attorneys for Defendants MARGOT SCHWARTZ and NOAH SCHWARTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCHWARTZ FOUNDATION;<br>DONALD CHARLES SCHWARTZ;<br>MICHAEL L. OSTERBERG;<br>WILLIE L. BROWN, JR.;<br>CHARLES P. SCHWARTZ, III;<br>PAUL DAVID SCHWARTZ;<br>DAVID RICHARD SCHWARTZ,<br><br>      Plaintiffs,<br><br>      v.<br><br>MARGOT DUFFY SCHWARTZ;<br>NOAH SCHWARTZ; and<br>DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No. 5:24-cv-04181-PCP<br><br>**NOTICE OF RELATED CASES AND OF THIS COURT'S PRIOR *SUA SPONTE* ORDER REMANDING THE SAME STATE COURT ACTION FOR IMPROPER REMOVAL** |

Defendants Margot Schwartz and Noah Schwartz ("**Defendants**") hereby give notice that this case is related to *Schwartz Foundation, et al. v. Margot Schwartz, et al.*, United States District Court, Northern District of California Case No. 3:23-cv-06086 ("**Schwartz I**"), including the State Court actions that were purportedly made part of that case via removal. Defendants further give notice of this Court's December 20, 2023 Order, entered *sua sponte* in Schwartz I, which remanded Santa Cruz County Superior Court Case No. 21CV00416, *Schwartz Foundation, et al. v. Donald C. Schwartz, et al.* (the "**State Court Action**") to State Court.

## I.   Legal Standard

Under Civil Local Rule 3-12, "an action is related to another when: (1) the actions concern substantially the same parties, property, transaction, event, or question of law; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges." Civil L.R. 3-12(a).

## II.   Related Cases

1.   Attorney Donald C. Schwartz ("**Donald**") filed Schwartz I in this Court on November 11, 2023, as an original Federal action.[1]  On November 22, 2023, Donald filed a Notice of Removal of the State Court Action – a case which had been pending in Santa Cruz County Superior Court since early 2021.[2]  Donald filed the Notice of Removal of the State Court Action under the Schwartz I case number (3:23-cv-06086).

This Court issued an Order *sua sponte* on December 20, 2023, remanding the State Court Action to the Santa Cruz County Superior Court. In its Order, the Court found that the "purported removal . . . is procedurally improper for a whole host of reasons" and that "there is no federal subject-matter jurisdiction over [the State Court Action]." A true and correct copy of this Order is filed herewith as **Exhibit A**.

---

[1] Schwartz I was eventually dismissed on May 15, 2024 for lack of service.

[2] The Notice of Removal also purported to remove a second related case pending in Santa Cruz County Superior Court, *Donald Charles Schwartz v. Schwartz Foundation*, Case No. 21CV00023.

2. Donald filed the present action ("**Schwartz II**") on July 11, 2024, as an original Federal action. The same day, Donald again filed a Notice of Removal of the State Court Action to this Court, under the Schwartz II case number (5:24-cv-04181).

## III.     Relationship of Cases

The pleadings in Schwartz I and Schwartz II are nearly identical, and thus the cases should be treated as related.

In Schwartz I, parties represented by the Law Offices of Donald C. Schwartz—Donald C. Schwartz, Michael L. Osterberg, Willie L. Brown, Jr., Charles P. Schwartz III, Paul David Schwartz, David Richard Schwartz, and (purportedly) the Schwartz Foundation—sued Margot Schwartz for "civil racketeering." Schwartz I claimed that Margot Schwartz "is operating in a criminal conspiracy to illegally attempt a hostile corporate takeover of the Board of Directors of the Schwartz Foundation and the assets and proceeds thereof," because she possesses the Schwartz Foundation records, filed documents with the State of California identifying herself as President and CEO and her brother Noah Schwartz as secretary, and filed tax returns for the Schwartz Foundation. The lawsuit also seeks an accounting and a declaration regarding the rights of Margot Schwartz.

In Schwartz II, the parties represented by the Law Offices of Donald C. Schwartz—again, Donald C. Schwartz, Michael L. Osterberg, Willie L. Brown, Jr., Charles P. Schwartz III, Paul David Schwartz, David Richard Schwartz, and (purportedly) the Schwartz Foundation—filed the same exact claims against Margot Schwartz and Noah Schwartz as were alleged in Schwartz I. The Complaint contains minimal changes from Schwartz I, adding Noah Schwartz as a defendant, omitting a few background facts, and dropping allegations of diversity jurisdiction. Thus, Schwartz I and Schwartz II concern substantially the same parties, events, and questions of fact and law.

Further, in both Schwartz I and Schwartz II, Donald filed a Notice of Removal of the same State Court Action. In Schwartz I, this Court reviewed the propriety of the purported removal *sua sponte* and concluded that the State Court Action must be remanded for the reasons set forth in the December 20, 2023 Order attached hereto as Exhibit A.

If Schwartz I and Schwartz II are not treated as related cases and assigned to the same judge, there will be an unduly burdensome duplication of labor and expense. The judge in Schwartz I has

already reviewed the identical legal issues and pleadings and is in the best position to ensure there are no conflicting results. Specifically, the judge in Schwartz I previously remanded the State Court Action when it was first removed and thus is in the best and most efficient position to respond to the latest purported removal of the same State Court Action in Schwartz II.

Dated:  July 15, 2024

DONAHUE FITZGERALD LLP
Attorneys at Law

By: _____
Jessica M. Takano
Diea D. Schum
Attorneys for Attorneys for Defendants MARGOT SCHWARTZ and NOAH SCHWARTZ