JESSICA M. TAKANO, #184079
jtakano@donahue.com
DIEA D. SCHUM, #332950
dschum@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612
Telephone:  (510) 451-3300
Facsimile:  (510) 451-1527

Attorneys for the Schwartz Foundation,
Margot Schwartz, and Noah Schwartz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCHWARTZ FOUNDATION, a California corporation; MARGOT SCHWARTZ, an individual; and NOAH SCHWARTZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD C. SCHWARTZ, an individual; PAUL D. SCHWARTZ, an individual; CHARLES P. SCHWARTZ, III, an individual; DAVID RICHARD SCHWARTZ, an individual; STEVON S. SCHWARTZ, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:24-cv-04181-PCP<br><br>Removed from Superior Court of California, County of Santa Cruz, Case No. 21CV00416<br><br>**DECLARATION OF JESSICA M. TAKANO IN SUPPORT OF MOTION TO REMAND SANTA CRUZ COUNTY SUPERIOR COURT CASE NO. 21CV00416** |

I, Jessica M. Takano, declare as follows:

1. I am an attorney at law duly admitted to practice before all the courts of the State of California and am a Partner with Donahue Fitzgerald LLP, counsel of record herein for plaintiffs the Schwartz Foundation, Margot Schwartz, and Noah Schwartz ("**Plaintiffs**"). I have personal knowledge of the facts set forth herein, except as otherwise stated. If called as a witness, I could and would competently testify to the matters stated herein.

2. I make this declaration in support of Plaintiffs' Motion to Remand Santa Cruz County Superior Court Case No. 21CV00416.

3. The Schwartz Foundation is a non-profit charitable foundation that was founded in 1979 by Robert A.D. Schwartz, the father of Margot Schwartz, Noah Schwartz, and some of the defendants in the State Court Action, including Donald C. Schwartz.

4. On February 22, 2021, Plaintiffs filed *Schwartz Foundation et al. v. Schwartz et al.*, Santa Cruz County Superior Court Case No. 21-cv-00416 (the "**State Court Action**"), which seeks a judicial declaration under California Corporations Code Section 5617 that there are only two directors of the Foundation – Margot Schwartz and Noah Schwartz. The State Court Action was originally filed under California Corporations Code Section 709, but the Complaint was later amended to be based on the analogous statute that applies to non-profit corporations, Corporations Code Section 5617.

5. Pursuant to a state court order issued on March 24, 2021, Margot Schwartz and Noah Schwartz have authority over the Schwartz Foundation's affairs, including its financial, legal, and operational affairs, pending the final outcome of the State Court Action. The March 24, 2021 Order was issued in a related case pending in Santa Cruz County Superior Court, *Donald Charles Schwartz v. Schwartz Foundation*, Case No. 21CV00023. In the same order, the court stayed that action pending the resolution of the State Court Action. A true and correct copy of the March 24, 2021 order is attached hereto as **Exhibit A**.

6. On September 22, 2021, Defendants Donald C. Schwartz and Michael Osterberg filed a cross-complaint in the State Court Action seeking, *inter alia*, a judicial declaration that Donald C. Schwartz and Michael Osterberg are the sole directors of the Schwartz Foundation, and that Donald C. Schwartz and Michael Osterberg appointed themselves, Willie L. Brown, Jr., and Paul D. Schwartz as directors through a unanimous written consent.

7. The defendants and cross-complainants in the State Court Action, all represented by the Law Offices of Donald C. Schwartz, have repeatedly delayed the resolution of the case by engaging in frivolous and abusive litigation tactics, including, but not limited to, the following:

a. Michael Osterberg declared bankruptcy on the eve of trial in February 2022, which resulted in the trial date being vacated. The Osterberg bankruptcy was almost immediately dismissed for his failure to comply with bankruptcy court rules and filing requirements. (*See* United States Bankruptcy Court, Eastern District of California, Case No. 22-20304-B-13G.)

b. Donald C. Schwartz declared bankruptcy on the eve of trial in April 2023, which again resulted in the trial date being vacated. Donald's bankruptcy action was ultimately dismissed on the motion of the Trustee because he was ineligible to be a chapter 13 debtor. (*See* United States Bankruptcy Court, Northern District of California, Case No. 23-50372 MEH.)

c. The defendants filed a notice of removal of this case and related Case No. 21CV00032 to federal court on November 22, 2023, almost three years after the cases were originally filed in state court. This resulted in the postponement of a November 28, 2023 hearing on three discovery motions filed by Plaintiffs, which the defendants had failed to oppose. The federal court remanded the state court cases *sua sponte* on December 20, 2023, finding that the "purported removal of two separate state court actions into this federal action is procedurally improper for a whole host of reasons" and that "there is no federal subject-matter jurisdiction over those actions." (*See* United States District Court, Northern District of California, Case No. 3:23-cv-06086-JSC.) A true and correct copy of this Court's December 20, 2023 Order remanding the State Court Action is attached hereto as **Exhibit B**.

d. Donald C. Schwartz again declared bankruptcy on April 11, 2024, shortly after defendants failed to comply with a court-ordered deadline of March 29, 2024 to provide responses to Plaintiffs' discovery. This bankruptcy filing delayed Plaintiffs' filing of a motion for terminating sanctions and a motion for deemed admissions against defendants. Donald voluntarily dismissed his bankruptcy action on May 22, 2024. (*See* United States Bankruptcy Court, Northern District of California, Case No. 24-40512 CN 13.)

    e. On July 11, 2024, two court days before a scheduled July 15, 2024 hearing on Plaintiffs' motion for terminating sanctions and motion for deemed admissions (which defendants had failed to oppose), the Law Offices of Donald C. Schwartz filed a <u>second</u> notice of removal of the State Court Action to federal court. This improper removal – which was directly contrary to this court's prior order in Case No. 3:23-cv-06086-JSC – resulted in the postponement of the July 15, 2024 state court hearing to July 29, 2024. As of the filing of this motion, trial in the State Court Action remains set for September 9, 2024, but Plaintiffs are in danger of losing yet another trial date if this case is not remanded immediately.

  8. Because the opposing parties are not acting in good faith and are trying to delay the State Court Action, it would be futile and prejudicial to Plaintiffs to try to resolve the issue presented by this motion without motion practice.

  9. Since the filing of the improper Notice of Removal, my office has spent in excess of 15 hours of attorney time addressing the matter, including more than 5 hours of my time at my standard rate of $635 per hour and more than 10 hours of associate time at a rate of $490 per hour. As a result, Plaintiffs' fees resulting from the improper removal total at least $8,075 as of the filing of this motion and will increase if Plaintiffs file a reply brief and/or attend a hearing on this motion.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

  Executed on this 19th day of July, 2024, at El Cerrito, California.

_____
Jessica M. Takano