ELECTRONICALLY RECEIVED
3/22/2021 12:51 PM

Electronically Filed
Superior Court of California
County of Santa Cruz
March 24, 2021
Alex Calvo, Clerk
By Deputy, Gonzalez, Sandra

David A. Stein, SBN# 102556
dstein@donahue.com
Jessica M. Takano, SBN# 184079
jtakano@donahue.com
Kristoffer S. Jacob, SBN# 320286
kjacob@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone:   (510) 451-3300
Facsimile:   (510) 451-1527

Attorneys for Defendant
SCHWARTZ FOUNDATION

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CRUZ

| | |
|---|---|
| In re<br><br>Schwartz Foundation | Case No. 21CV00032<br><br>**AMENDED ORDER GRANTING SCHWARTZ FOUNDATION'S MOTION FOR:**<br>1. **ORDER SETTING ASIDE OR, ALTERNATIVELY, STAYING ENFORCEMENT OF THIS COURT'S JANUARY 12, 2021 ORDER ESTABLISHING BOARD OF DIRECTORS (THE "ORDER");**<br>2. **DECLARATION THAT ALL ACTIONS TAKEN IN RELIANCE ON THE ORDER ARE NULL AND VOID;**<br>3. **STAY OF THIS ACTION IN ITS ENTIRETY, AND RETURN OF THE PARTIES TO THE *STATUS QUO ANTE*, PENDING OUTCOME OF CORP. CODE § 709 PROCEEDING; AND**<br>4. **ISSUANCE OF ORDER TO SHOW CAUSE WHY DONALD CHARLES SCHWARTZ AND/OR MARK STEVEN CORRINET SHOULD NOT BE SANCTIONED PURSUANT TO CODE OF CIVIL PROCEDURE § 128.7(c)(2)**<br><br>Date:  March 10, 2021<br>Time:  8:30 a.m.<br>Dept.:  4<br>Judge:  Hon. Rebecca Connolly<br><br>Action Filed:  January 7, 2021 |

#4814-4955-6706.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

This matter came on for hearing on March 10, 2021, at 8:30 a.m., in Department 4 of the above-entitled Court, located at 701 Ocean Street, Santa Cruz, California. The Court, having duly considered all papers submitted by the parties, as well as the evidence and argument presented during the hearing, hereby adopts the following portions of its tentative ruling issued in advance of the hearing:

> The motion to set aside the Court's order filed 1/12/21 and to stay this action pending the outcome of a CA Corporations Code § 709 proceeding is granted.
>
> Margot Schwartz, one of the purported current Directors of the Foundation was not given notice of the 1/8/21 ex parte application in spite of the fact that it appears from the declarations submitted that Donald Schwartz was aware at the time the ex parte application was filed that Margot Schwartz claimed that she and her brother were Directors of the Foundation. (See Ex. D to Margot Schwartz Declaration, the Corporation Statement of Information filed with the CA Secretary of State on 9/11/20 designating Margot and Noah Schwartz as officers and Erik Dryburgh as agent for service of process; email from Donald dated 10/22/20 asking Margot, "Do you have an attorney on the Schwartz Foundation", Ex. H to Margot Schwartz Dec.; Donald Sur Declaration filed 3/2/21 p. 5:24-6:3, 6:20-23)
>
> Therefore the order filed 1/12/21 was obtained through extrinsic fraud and is set aside. (*Kulchar v. Kulchar* (1969) 1 Cal.3d 467, 470-471)
>
> In addition, because it is unclear from the declarations and documents submitted who is currently entitled to hold the office of Director of the Foundation, the entirety of this action is stayed pending the outcome of CA Corporations Code § 709 proceeding to determine the persons entitled to the office of director.
>
> Re: the request for an OSC why Donald or his attorney should not be sanctioned, that request is granted.
>
> Donald Schwartz declared under penalty of perjury in his ex parte application filed 1/8/21 that: "There is no one else [besides Thom Picarello] to give such a notice to since there is no one else known to claim to be a Member of the Board of Directors of the Schwartz Foundation."(Ex parte application filed 1/8/21 p.1:27-2:1.)
>
> However, Donald declared under penalty of perjury in his Sur Declaration filed 3/2/21 that, "I, without any knowledge of the Margot and Noah Schwartz scheme, <u>in August 2020, seeing the January 2020 Statement of Information on the Secretary of State's website</u> (not having any knowledge of the effect of the Debbra Wood Schwartz Q Tip Trust or of the illegal activities of Margot and Noah Schwartz) and in trying to perform my due diligence as Director of the Schwartz Foundation, <u>I started trying to figure-out how Debbra Schwartz and Margot Schwartz became "corporate officers" in the January 2020 Statement of Information filed with the Secretary of State's Office…. In October 2020, after learning that Margot and Noah Schwartz had filed a new Statement of Information with the Secretary of State's Office and in trying to figure out how they could have had such legal authority to claim to be corporate officers, I checked-in with Max</u>

Meregillano to confirm that I had "never been taken off the Board of Directors." (Donald's Sur Declaration filed 3/2/21 p. 5:24-6:3, 6:20-23)

Based upon these two declarations under penalty of perjury, it appears that Donald was aware at the time he signed and filed the 1/8/21 ex parte application that there were others known to claim to be a Member of the Board of Directors of the Schwartz Foundation, therefore an OSC will be set why Donald and his attorney should not be sanctioned pursuant to CA CCP § 128.7(b)(1)-(3).

. . .

**Request for Judicial Notice**

1. The results of an attorney licensee search for Donald Charles Schwartz, State Bar No. 122476, on the website of the State Bar of California: Granted.
2. The Opinion of the State Bar Court of California filed December 5, 2013, In the Matter of Donald Charles Schwartz: Granted.
3. The Opinion of the State Bar Court of California filed July 2, 2019, In the Matter of Donald Charles Schwartz: Granted.
4. The Attorney General Registry Verification for the Schwartz Foundation:Granted.
5. The Form 990-PF for the Schwartz Foundation for 1998: Granted.
6. Excerpts of the Form 990-PF for the Schwartz Foundation for 2011: Granted.
7. Excerpts of the Form 990-PF for the Schwartz Foundation for 2012: Granted.
8. Excerpts of the Form 990-PF for the Schwartz Foundation for 2013: Granted.
9. Excerpts of the Form 990-PF for the Schwartz Foundation for 2014: Granted.
10. Excerpts of the Form 990-PF for the Schwartz Foundation for 2015: Granted.
11. Excerpts of the Form 990-PF for the Schwartz Foundation for 2016: Granted.
12. Excerpts of the Form 990-PF for the Schwartz Foundation for 2017: Granted.
13. Excerpts of the Form 990-PF for the Schwartz Foundation for 2018: Granted.
14. Excerpts of the Form 990-PF for the Schwartz Foundation for 2019 Granted.
15. The California Secretary of State business search result for "Schwartz Foundation,": Granted.
16. The Statement of Information for the Schwartz Foundation filed on January 27,2021: Granted.
17. The Statement of Information for the Schwartz Foundation filed on January 31,2021: Granted.

**MOTION FOR LEAVE TO FILE AMENDED PETITION**

In view of the foregoing, the motion to file an Amended Petition is moot.

THE COURT ALSO ORDERS, based on further consideration of the issues during the hearing, as follows:

The Court orders that the parties be returned to the *status quo ante* as it existed prior to Donald's filing of this action on January 7, 2021, pending the outcome of a Corporations Code Section 709 proceeding to determine the identities of the directors of the Schwartz Foundation. As a result, Margot Schwartz ("Margot") and Noah Schwartz ("Noah") shall have and retain authority over the Foundation's affairs and shall retain their positions as President and Secretary/Treasurer, respectively. Margot and Noah shall have the authority to determine the Foundation's legal and beneficial interests and shall be the authorized representatives of the Foundation for purposes of receiving any and all legal notices required to be given to the Foundation. Margot and Noah's authority shall include, but not be limited to, all authority they previously had, prior to Donald's filing of this action, over the Schwartz Foundation's Morgan Stanley account and over the Foundation's financial, legal, and operational affairs generally.

As a consequence of returning the parties to the *status quo ante*, the Court declares to be null and void any and all actions relating to the Schwartz Foundation that have been taken by Donald C. Schwartz ("Donald") and/or others acting in concert with him or at his direction since the Order was entered, including, but not limited to: (i) all meetings, votes, and actions taken by any purported Board of Directors of which Donald claimed to be Chairman or a member; (ii) all "cease and desist" letters or other correspondence or directives issued by Donald or Mark Steven Corrinet, purportedly on behalf of the Foundation; and (iii) Donald's filing of Statements of Information with the California Secretary of State on behalf of the Foundation on January 27, 2021 and January 31, 2021.

IT IS SO ORDERED.

Dated: March 24, 2021

_____
Hon. Rebecca Connolly
Judge of the Superior Court

APPROVED AS TO FORM:

By: _____
Counsel for Donald Charles Schwartz

#4814-4955-6706.1                    -3-

**Name of Case:** *In re Schwartz Foundation*
**Name of Court and Case Number:** Santa Cruz County Superior Court Case No 21CV00032

# PROOF OF ELECTRONIC SERVICE

I declare that I am employed in the County of Contra Costa, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 1646 North California Boulevard, Suite 250, Walnut Creek, California 94596-4170.

On March 22, 2021, I electronically served copies of the following document(s) entitled:

**AMENDED ORDER GRANTING SCHWARTZ FOUNDATION'S MOTION FOR: 1. ORDER SETTING ASIDE OR, ALTERNATIVELY, STAYING ENFORCEMENT OF THIS COURT'S JANUARY 12, 2021 ORDER ESTABLISHING BOARD OF DIRECTORS (THE "ORDER"); 2. DECLARATION THAT ALL ACTIONS TAKEN IN RELIANCE ON THE ORDER ARE NULL AND VOID; 3. STAY OF THIS ACTION IN ITS ENTIRETY, AND RETURN OF THE PARTIES TO THE *STATUS QUO ANTE*, PENDING OUTCOME OF CORP. CODE § 709 PROCEEDING; AND 4. ISSUANCE OF ORDER TO SHOW CAUSE WHY DONALD CHARLES SCHWARTZ AND/OR MARK STEVEN CORRINET SHOULD NOT BE SANCTIONED PURSUANT TO CODE OF CIVIL PROCEDURE § 128.7(C)(2)**

[X] **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a Court Order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused such document(s) to be transmitted by electronic mail from dlewis@donahue.com as a PDF attachment to the addressee(s), with an email address, listed on the above Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **BY NOTICE ELECTRONIC FILING:** I electronically filed the document(s) by submitting an electronic version of the document(s) to **FIRST LEGAL NETWORK, LLC**, through the user interface at https://www.firstlegal.com/. Participants in the case who have consented will be served through the user interface at https://www.firstlegal.com/. Participants who have not consented will be served by mail or by other means permitted by the court rules.

[X] **STATE.** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 22, 2021, at Walnut Creek, California.

_____
Dina Lewis

#4831-5502-0769.1                                                                                Case No 21CV00032

PROOF OF SERVICE

**SERVICE LIST**

| | |
|---|---|
| Mark Steven Corrinet, Esq.<br>**THE LAW OFFICES OF MARK STEVEN CORRINET**<br>2210 NW Bayshore Loop<br>Waldport, OR 97394-9514<br>Tel.: (541) 563-5028<br>**Email**: CorrinetLaw@aol.com | *Attorneys for Defendants*<br>*DONALD C. SCHWARTZ, MICHAEL L. OSTERBERG, PAUL D. SCHWARTZ, CHARLES P. SCHWARTZ, III, DAVID RICHARD SCHWARTZ, STEVON S. SCHWARTZ* |
| Donald C. Schwartz, Esq.<br>**LAW OFFICES OF DONALD C. SCHWARTZ**<br>7960-B Soquel Drive, No. 291<br>Aptos, CA  95003<br>Tel.: (831) 331-9909<br>**Email**: donald@lawofficedonaldschwartz.com | |