JESSICA M. TAKANO, #184079
jtakano@donahue.com
DIEA D. SCHUM, #332950
dschum@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Attorneys for the Schwartz Foundation,
Margot Schwartz, and Noah Schwartz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCHWARTZ FOUNDATION, a California corporation; MARGOT SCHWARTZ, an individual; and NOAH SCHWARTZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD C. SCHWARTZ, an individual; PAUL D. SCHWARTZ, an individual; CHARLES P. SCHWARTZ, III, an individual; DAVID RICHARD SCHWARTZ, an individual; STEVON S. SCHWARTZ, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:24-cv-04181-PCP<br><br>Removed from Superior Court of California, County of Santa Cruz, Case No. 21CV00416<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND SANTA CRUZ COUNTY SUPERIOR COURT CASE NO. 21CV00416**<br><br>Date:<br>Time:<br>Ctrm: 8<br>Judge: Hon. P. Casey Pitts |

After consideration of the pleadings on file herein and the arguments of counsel, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Motion is GRANTED. *Schwartz Foundation et al. v. Schwartz et al.*, Santa Cruz County Superior Court Case No. 21-cv-00416, is remanded to the Superior Court of California, County of Santa Cruz.

IT IS SO ORDERED.

Dated: _____, 2024          _____
                                                                    United States District Judge