| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | JESSICA M. TAKANO, #184079<br>jtakano@donahue.com<br>DIEA D. SCHUM, #332950<br>dschum@donahue.com<br>DONAHUE FITZGERALD LLP<br>Attorneys at Law<br>1999 Harrison Street, 26th Floor<br>Oakland, California 94612<br>Telephone: (510) 451-3300<br>Facsimile: (510) 451-1527<br><br>Attorneys for the Schwartz Foundation,<br>Margot Schwartz, and Noah Schwartz |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCHWARTZ FOUNDATION, a California corporation; MARGOT SCHWARTZ, an individual; and NOAH SCHWARTZ, an individual,<br><br>            Plaintiffs,<br><br>      v.<br><br>DONALD C. SCHWARTZ, an individual; PAUL D. SCHWARTZ, an individual; CHARLES P. SCHWARTZ, III, an individual; DAVID RICHARD SCHWARTZ, an individual; STEVON S. SCHWARTZ, an individual; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 5:24-cv-04181-PCP<br><br>Removed from Superior Court of California, County of Santa Cruz, Case No. 21CV00416<br><br>**PROOF OF SERVICE**<br><br>Date:<br>Time:<br>Ctrm:     8<br>Judge:   Hon. P. Casey Pitts |

# PROOF OF SERVICE

## Case No. 5:24-cv-04181-PCP

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 1999 Harrison Street, 26th Floor, Oakland, California 94612-3520.

On July 19, 2024, I served copies of the attached document(s) entitled:

> **NOTICE OF MOTION AND MOTION TO REMAND SANTA CRUZ COUNTY SUPERIOR COURT CASE NO. 21CV00416**
>
> **DECLARATION OF JESSICA M. TAKANO IN SUPPORT OF MOTION TO REMAND SANTA CRUZ COUNTY SUPERIOR COURT CASE NO. 21CV00416**
>
> **[PROPOSED] ORDER GRANTING MOTION TO REMAND SANTA CRUZ COUNTY SUPERIOR COURT CASE NO. 21CV00416**
>
> **PROOF OF SERVICE**

on the interested parties in this action as follows:

Donald C. Schwartz, Esq. *Attorneys for Removing Parties*
**LAW OFFICES OF DONALD C. SCHWARTZ**
7960-B Soquel Drive, No. 291
Aptos, CA 95003
Tel.: (831) 331-9909
**Email**: donald@lawofficedonaldschwartz.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address ptrempel@donahue.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2024, at Oakland, California.

/S/ Consuelo Serrau
Consuelo Serrau