1 JESSICA M. TAKANO, #184079
jtakano@donahue.com
2 DIEA D. SCHUM, #332950
dschum@donahue.com
3 DONAHUE FITZGERALD LLP
Attorneys at Law
4 1999 Harrison Street, 26th Floor
Oakland, California 94612
5 Telephone:    (510) 451-3300
Facsimile:    (510) 451-1527
6
Attorneys for the Schwartz Foundation,
7 Margot Schwartz, and Noah Schwartz

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

| | |
|---|---|
| 11  SCHWARTZ FOUNDATION, a California corporation; MARGOT SCHWARTZ, an individual; and NOAH SCHWARTZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD C. SCHWARTZ, an individual; PAUL D. SCHWARTZ, an individual; CHARLES P. SCHWARTZ, III, an individual; DAVID RICHARD SCHWARTZ, an individual; STEVON S. SCHWARTZ, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:24-cv-04181-PCP<br><br>Removed from Superior Court of California, County of Santa Cruz, Case No. 21CV00416<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING ON AND RESPONSE TO MOTION TO REMAND SANTA CRUZ COUNTY SUPERIOR COURT CASE NO. 21CV00416** |

21    After consideration of the pleadings on file herein and the arguments of counsel, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Motion to Shorten Time is GRANTED. The hearing on the Motion to Remand Santa Cruz County Superior Court Case No. 21CV00416 is set for _____, 2024 at __:__ ___.m. in Department 8 of this Court. Any response to the Motion to Remand shall be filed by _____, 2024.

IT IS SO ORDERED.

Dated: _____, 2024        _____
United States District Judge