United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCHWARTZ FOUNDATION, et al.,

Plaintiffs,

v.

MARGOT D SCHWARTZ, et al.,

Defendants.

Case No. 24-cv-04181-PCP

**REFERRAL ORDER**

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *Schwartz Foundation et al v. Schwartz*, 23-cv-06086-JSC.

**IT IS SO ORDERED.**

Dated: July 29, 2024

P. Casey Pitts
United States District Judge