UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHWARTZ FOUNDATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARGOT D SCHWARTZ, et al.,<br><br>    Defendants. | Case No. 24-cv-04181-JSC<br><br>**CLERK'S NOTICE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 19 |

TO ALL PARTIES AND COUNSEL OF RECORD:

This action was reassigned to Judge Jacqueline Scott Corley for all-purposes. Please take notice that the initial case management conference is rescheduled to **October 10, 2024 at 1:30 p.m.,** by Zoom videoconference (**ZOOM Meeting ID:** 161 366 1817/**Password:** 924619) before Judge Jacqueline Scott Corley. A case management conference statement shall be filed seven days prior to the conference. Any request to reschedule the above date shall be made in writing, and, if possible, by stipulation. For a copy of Judge Corley's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.

Dated: July 30, 2024

                                                Mark B. Busby
                                                Clerk, United States District Court

                                                By:_____
                                                Ada Means, Deputy Clerk to the
                                                Honorable JACQUELINE SCOTT CORLEY