UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Mark B. Busby  
Clerk of Court

General Court Number

July 31, 2024

Santa Cruz Superior Court
701 Ocean Street
Santa Cruz, CA 95060

RE:  Schwartz Foundation, et al. v. Margot D Schwartz, et al.
     24-cv-04181-JSC

Your Case Number: 21-cv-00032 and 21-cv-00416

Dear Clerk,

Pursuant to an order remanding IN PART the above captioned state court cases to your court, transmitted herewith are:

☒  Certified original and one copy of this letter

☒  Certified copy of docket entries

☒  Certified copy of Remand Order

☐  Other

Please send an acknowledgement of receipt of these documents to angela_jimenez@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk of Court

_____
by: Angela Jimenez
Case Systems Administrator
(510) 637-3535

*REV. 10/21*