Donald Charles Schwartz, Esq. (SBN 122476)
Law Offices of Donald C. Schwartz
7960 Soquel Drive, No. 291
Aptos, CA  95003
831-331-9909; Facsimile 815-301-6556
Email: triallaw@cruzio.com

Attorney for Plaintiff
Donald Charles Schwartz, In Pro Per
And As Attorney
tz, III, Paul Schwartz, David
Schwartz

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHWARTZ FOUNDATION, DONALD CHARLES SCHWARTZ, MICHAEL L. OSTERBERG, WILLIE L. BROWN, JR., CHARLES P. SCHWARTZ, III, PAUL DAVID SCHWARTZ, DAVID RICHARD SCHWARTZ,<br><br>Plaintiffs,<br><br>vs.<br><br>MARGOT DUFFY SCHWARTZ; NOAH SCHWARTZ; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 5:24-cv-04181<br><br>**EX PARTE APPLICATION TO EXTEND TIME TO RETAIN COUNSEL AND BRIEF RESPONSE TO ORDER TO SHOW CAUSE; DECLARATION OF DONALD CHARLES SCHWARTZ** |

1

I, Donald Charles Schwartz declare:

I am a plaintiff and the attorney of record for all plaintiffs herein.

I am licensed to practice before all courts in the State of California and the United States District Court, Northern District of California.

I have been a Member of the State Bar of California for almost 40 years (since February 1986). I have formerly served on the Staff of the Assistant Attorney General in Charge of the Antitrust Division, United States Department of Justice, Washington D.C. as well as for the Honorable Ronald V. Dellums, United States House of Representatives, Washington, D.C. My Juris Doctorate (J.D.) is from the Georgetown University Law Center and M.BA, (Finance) from the George Washington University, Washington, D.C.

**The undersigned respectfully requests a 60-day extension of time to respond to the Order to Show Cause filed in the within matter on July 30, 2024.  The extension will permit me to hire counsel and give me a fair opportunity to adequately respond to the very serious concerns raised in this Court's OSC.**

**The undersigned also requests a hearing on this matter.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 1, 2024            */s/ Donald Charles Schwartz*
                                  _____
                                  Donald Charles Schwartz

2