Donald Charles Schwartz, Esq. (SBN 122476)
Law Office of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
Tel: (831) 331-9909
Email: donald@lawofficedonaldschwartz.com

Attorney for Appellant
Donald Charles Schwartz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCHWARTZ FOUNDATION, DONALD CHARLES SCHWARTZ, et. | ] | Case No. 5:24-cv-04181-JSC |
| | ] | |
| v. | ] | **NOTICE OF APPEAL TO THE** |
| | ] | **UNITED STATES COURT OF** |
| | ] | **APPEALS FOR THE NINTH** |
| MARGOT DUFFY SCHWARTZ, et. | ] | **CIRCUIT** |

Appellant Donald Charles Schwartz hereby files this Notice of Appeal appealing to the United States Court of Appeals for the Ninth Circuit from Vexatious Litigant Order re: Donald Charles Schwartz (Dkt. 27) entered by the District Court on 8/16/2024.

Date: 9/14/2024          */s/ Donald Charles Schwartz*
                   _____
                        Donald Charles Schwartz
                        Attorney for Appellant
                        Donald Charles Schwartz

**PROOF OF SERVICE**

Service effectuated via ECF