

# U.S. District Court

## California Northern - San Francisco

Receipt Date: Sep 25, 2024 12:25PM

Law Offices
Donald Schwartz
7960 Soquel Drive
No 291
Aptos , ca

Rcpt. No: 311170371              Trans. Date: Sep 25, 2024 12:25PM              Cashier ID: #AS

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1101 | 09/21/2024 | | $605.00 |
| | | | Total Due Prior to Payment: | | $605.00 |
| | | | Total Tendered: | | $605.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** C24-4181 JSC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.