

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

September 16, 2024

Donald Charles Schwartz
Law Offices of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003

SUBJECT:   Request for Payment of Docket Fee

Title: Schwartz Foundation v. Schwartz
Case Number: 24-cv-04181-JSC
Court of Appeals Number:

    A notice of appeal was filed with this Court on September 14, 2024 and the docketing fee of $605.00 has not been received. Please send the fee to this office immediately.

    The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

Mark B. Busby, Clerk

by: Jacquelyn Lovrin
Case Systems Administrator
(510) 637-1873

cc: U.S. Court of Appeals

*Check enclosed*

RECEIVED
24 SEP 23 PM 2:38
U.S. ATTORNEY'S OFFICE
SAN FRANCISCO, CA

REV. 7-19

RECEIVED
U.S. ATTORNEY'S OFFICE
SAN FRANCISCO, CA

24 SEP 23 PM 2:37