| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 19 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

Mr. DONALD CHARLES SCHWARTZ Esquire, Attorney,

    Plaintiff - Appellant,

and

SCHWARTZ FOUNDATION; et al.,

    Plaintiffs,

  v.

MARGOT D. SCHWARTZ and NOAH SCHWARTZ,

    Defendants - Appellees.

No. 24-5622

D.C. No. 3:24-cv-04181-JSC
Northern District of California,
San Francisco

ORDER

Appellant did not file the opening brief by the due date. This case is therefore dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This order, served on the district court, will become the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT