FILED

FEB 26 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DONALD CHARLES SCHWARTZ Esquire, Attorney,<br><br>Plaintiff - Appellant,<br><br>and<br><br>SCHWARTZ FOUNDATION; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARGOT D. SCHWARTZ and NOAH SCHWARTZ,<br><br>Defendants - Appellees. | No. 24-5622<br><br>D.C. No. 3:24-cv-04181-JSC<br>Northern District of California, San Francisco<br><br>ORDER |

Before: CANBY, M. SMITH, and FORREST, Circuit Judges.

The motion (Docket Entry No. 12) to reinstate this appeal is granted. *See Meyers v. Birdsong*, 83 F.4th 1157, 1159 (9th Cir. 2023) (addressing standards for reinstatement).

The dismissal order (Docket Entry No. 6) is vacated and the appeal is reinstated.

The Clerk will file the opening brief at Docket Entry No. 15. The answering brief is due April 2, 2025. The optional reply brief is due within 21 days after the answering brief is served.